**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| TONI GEVING, on behalf of herself and all other similarly situated individuals, | Civil No.: 11-801 (RHK/AJB) |
| Plaintiff, | **ORDER FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| Long Term Care Group, Inc. and Nation's CareLink, LLC, both d/b/a UNIVITA HEALTH, | |
| Defendants. | |

---

The Court, having considered the Stipulation of Voluntary Dismissal Without Prejudice (Doc. No. 18) submitted jointly by the parties in the above-entitled action, **IT IS ORDERED** that Defendant Nation's CareLink, LLC is **DISMISSED WITHOUT PREJUDICE**.

Dated:  June 20, 2011

                                                      s/Richard H. Kyle
                                                      RICHARD H. KYLE
                                                      United States District Judge